UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONALD T. SQUYRES**                       **CIVIL ACTION**

**VERSUS**                                              **NO. 15-671-JWD-RLB**

**UNITED AIRLINES, INC.**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued December 14, 2015 to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 8) is **GRANTED**, and the case is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1447(c), Defendant United Airlines Inc. is ordered to pay to Plaintiff costs and expenses incurred as a result of the removal in the amount of $500, within 14 days of the ruling on the motion to remand.

Signed in Baton Rouge, Louisiana, on <u>January 4, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**